ACCEPTED
05-16-00118-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 1:56 PM
LISA MATZ
CLERK

## No. 05-16-00118-CV

### In the Court of Appeals
### for the Fifth District of Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/27/2018 1:56:18 PM
LISA MATZ
Clerk

### Rmax Operating, LLC,

*Plaintiff-Appellant,*

**v.**

### GAF Materials Corporation of America,

*Defendant-Appellee.*

### Appeal from the 134th District Court of Dallas County
*Honorable Dale Tillery, Judge Presiding*

## JOINT MOTION TO DISMISS APPEAL

**Michael P. Lynn, P.C.** (SBN 12738500)
mlynn@lynnllp.com
**David S. Coale** (SBN 00787255)
dcoale@lynnnllp.com
**Elizabeth Y. Ryan** (SBN 24067758)
eryan@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 – Telephone
214-981-3839 – Facsimile

*Attorneys for Appellant*

**Pete Marketos** (SBN 24013101)
pete.marketos@rm-firm.com
**Leslie Chaggaris** (SBN 24056742)
leslie.chaggaris@rm-firm.com
**REESE MARKETOS LLP**
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201
214-382-9810 – Telephone
214-501-0371 – Facsimile

*Attorneys for Appellee*

TO THE HONORABLE COURT:

Appellant Rmax Operating, LLC ("Appellant") and Appellee GAF Materials Corporation of America ("Appellee") hereby file this Joint Motion to Dismiss Appeal. All matters in controversy have been fully compromised and settled in the above-captioned case and the case previously pending in the 134th Judicial District of Dallas County Texas, captioned *Rmax Operating, LLC v. GAF Materials Corporation of America*, Cause No. 13-04125. Accordingly, Appellant and Appellee jointly request that Appellant's appeal in the above-captioned proceeding be dismissed.

WHEREFORE, Appellant and Appellee request that the Court grant this Joint Motion to Dismiss Appeal.

Dated: March 27, 2018                Respectfully submitted,

/s/*Michael P. Lynn, P.C*
Michael P. Lynn, P.C. (SBN 12738500)
mlynn@lynnllp.com
David S. Coale (SBN 00787255)
dcoale@lynnllp.com
Elizabeth Y. Ryan (SBN 24067758)
eryan@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile:  214-981-3839

**ATTORNEYS FOR APPELLANT
RMAX OPERATING, LLC**

/s/  *Pete Marketos*
Pete Marketos (SBN 24013101)
pete.marketos@rm-firm.com
Leslie Chaggaris (SBN 24056742)
leslie.chaggaris@rm-firm.com
**REESE MARKETOS LLP**
750 North Saint Paul Street, Suite 600
Dallas, Texas 75201
Telephone: 214-382-9810
Facsimile: 214-501-0731

**ATTORNEYS FOR APPELLEE
GAF MATERIALS CORPORATION
OF AMERICA**

**CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of the foregoing document on counsel listed below on March 27, 2018:

> *Via Electronic Filing*
> Pete Marketos
> pete.marketos@rm-firm.com
> Leslie Chaggaris
> leslie.chaggaris@rm-firm.com
> REESE MARKETOS LLP
> 750 North Saint Paul Street, Suite 600
> Dallas, Texas 75201

> /s/ David S. Coale
> David S. Coale

**CERTIFICATE OF CONFERENCE**

On March 26, 2018, counsel for Appellant confirmed with counsel for Appellee that the relief requested in this Motion is not opposed.

> /s/ David S. Coale
> David S. Coale